IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR26 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL A. PERKINS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion for Leave to File Traverse to Government's Answer to § 2255 Motion (Filing No. 115). The defendant requests a 60-day extension of time in which to reply to the government's response to his Motion to Vacate under § 28 U.S.C. 2255 (Filing No. 99 and Filing No. 103. After considering the matter, the defendant's motion for an extension of time is granted. Defendant if given until October 12, 2011, in which to file his reply.

SO ORDERED.

DATED this 12th day of August, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge